## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SHARI EDWARDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-186-GPM** |
| | ) | |
| **SARAH ANDREWS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following

decision was reached:

**IT IS ORDERED** that Plaintiff Shari Edwards shall recover nothing, and the action be

**DISMISSED on the merits**.

**DATED**:  02/09/10

NANCY J. ROSENSTENGEL, CLERK


By:  s/ Linda M. McGovern
           Deputy Clerk


APPROVED:  s/ *G. Patrick Murphy*
                    G. Patrick Murphy
                    United States District Judge